# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LUU<br><br>Plaintiff,<br><br>vs.<br><br>FIRST UNUM LIFE INSURANCE COMPANY<br><br>Defendant. | CASE NO.: 8:18-cv-00970-JVS-JDEx<br><br>JUDGMENT IN FAVOR OF PLAINTIFF PAUL LUU |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff Paul Luu ("Luu") and against Defendant First Unum Life Insurance Company ("First Unum"). The Court finds, as set forth in its November 14, 2019 Order Regarding ERISA Bench Trial, that Luu is disabled from his "regular occupation" pursuant to the terms of the MUFG Union Bank, N.A. ("Union Bank") Long-Term Disability Plan ("Plan). As such, the Court overturns First Unum's denial of Luu's claim for long-term disability benefits.

Luu is awarded long-term disability benefits from First Unum for the 24

JUDGMENT IN FAVOR OF PLAINTIFF PAUL LUU

month "regular occupation" period of the of the Plan, February 19, 2016 to February 18, 2018, in the amount of $27,317.74, payable within 60 days.

Plaintiff is further awarded prejudgment interest at the rate of .63%, 1.20%, and 1.81% for 2016, 2017, and 2018, respectively, such rates to be compounded monthly; post judgment interest at the appropriate legal rate; and, costs in the amount of $691.49 (per Plaintiff's Application to the Clerk to Tax Costs, Document 71), payable within 60 days.

As Luu is the prevailing party, he is awarded attorneys fees in the amount of $96,080.00.

Further, Luu's claim is ordered remanded to First Unum for consideration of Luu's entitlement of benefits under the "any gainful occupation" definition of disability beginning on February 19, 2018.

DATED: January 7, 2021

_____
HON. JAMES V. SELNA
United States District Judge

JUDGMENT IN FAVOR OF PLAINTIFF PAUL LUU